UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSHUA H. JUMBO, | § § § | |
| Plaintiff | § § | |
| v. | § § | Civil No. 4:15-cv-01451 |
| DOLGENCORP OF TEXAS, INC.; DOLLAR GENERAL CORPORATION, | § § § § | |
| Defendants. | § | |

## ORDER GRANTING MOTION FOR AGREED FINAL JUDGMENT

On this day, the Court reviewed the Motion for Agreed Final Judgment ("Motion") submitted by all Parties to this action. Having reviewed and considered the Motion, the Court believes the Motion has merit and should be granted.

It is therefore ORDERD that the Motion is GRANTED. Final Judgment shall be entered consistent with the Agreed Final Judgment submitted by the Parties.

IT IS SO ORDERED.

SIGNED this _____ day of _____ 2019.

_____
United States District Judge