UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSHUA H. JUMBO, | § § § | |
| Plaintiff | § § | |
| v. | § § | Civil No. 4:15-cv-01451 |
| DOLGENCORP OF TEXAS, INC.; DOLLAR GENERAL CORPORATION, | § § § | |
| Defendants. | § § | |

## AGREED FINAL JUDGMENT

This action was determined by the Court on a Motion for Agreed Final Judgment, and judgment is entered as follows:

The Parties executed a formal confidential settlement agreement on or around June 6, 2019, and the Parties agree the Plaintiff accepted funding of the confidential settlement agreement pursuant to its terms on June 18, 2019. The Parties agree that such payment does not constitute an admission of liability by Defendants Dolgencorp of Texas, Inc. or Dollar General Corporation.

It is ORDERED that all claims asserted by Plaintiff against Defendants Dolgencorp of Texas, Inc. and Dollar General Corporation are hereby dismissed *with prejudice*.

It is FURTHER ORDERED that each party shall bear their own costs of Court.

It is FURTHER ORDERED that any relief not expressly granted in this Order is hereby denied.

SIGNED THIS _____ DAY OF _____, 2019.

_____
Clerk of the Court

AGREED TO AS TO FORM AND ENTRY REQUESTED:

| | |
|---|---|
| */s/ Joshua Jumbo* | */s/ Melissa M. Hensley* |
| Joshua Jumbo | Joel S. Allen |
| 1701 Jacquelyn Drive | Texas Bar No. 00795069 |
| Houston, Texas 77055 | jallen@mcguirewoods.com |
| Telephone: 281.678.6848 | Melissa M. Hensley |
| joshuajumbo@ymail.com | Attorney-in-Charge |
| | Texas Bar No. 00792578 |
| PLAINTIFF, PRO SE | S.D.T.X. Bar No. 24949 |
| | mhensley@mcguirewoods.com |
| | |
| | McGuireWoods LLP |
| | 2000 McKinney Avenue, Suite 1400 |
| | Dallas, Texas 75201 |
| | Telephone: 214.932.6400 |
| | Facsimile:  214.932.6499 |
| | |
| | ATTORNEYS FOR DEFENDANTS |